**James Dennis GRAY,
Plaintiff/Appellant,**

v.

**Susan Ann GRAY,
Defendant/Respondent.**

**No. ED 98135.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 13, 2013.

Heidi Casey Speath, Clayton, MO, for appellant.

James E. Robertson, Clayton, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

PER CURIAM.

Plaintiff appeals from an adverse judgment in a court-tried case. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).